UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA R. GOOD, | No. 2:24-cv-01503-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| PATTY PEARSON, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding without counsel in this action brought under 42 U.S.C. § 1983. Plaintiff has filed two motions for extension of time, informing the court that he has been moved and placed on a "blackout period." ECF Nos. 4, 7.

No deadlines are currently pending in this case. Thus, no extension of time is necessary. Plaintiff's June 17, 2024 motions (ECF Nos. 4, 7) are DENIED as moot.

So ordered.

Dated: June 26, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1