1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11       JOSHUA R. GOOD,                          No.  2:24-cv-01503-DJC-EFB (PC)

12                    Plaintiff,

13           v.                                   ORDER

14       PATTY PEARSON, et al.,

15                    Defendants.

16

17          Plaintiff, incarcerated at Atascadero State Hospital and proceeding pro se, has

18   filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was

19   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

20   Local Rule 302.

21          On March 17, 2025, the magistrate judge filed findings and recommendations

22   herein which were served on all parties and which contained notice to all parties that

23   any objections to the findings and recommendations were to be filed within fourteen

24   days.  Plaintiff has not filed objections to the findings and recommendations.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

26   304, this Court has conducted a *de novo* review of this case.  Having carefully

27   reviewed the entire file, the Court finds the findings and recommendations to be

28   supported by the record and by proper analysis.   In addition, the Court has

                                                1

1  considered the factors described in *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.

2  1992) and finds that dismissal is appropriate.

3       Accordingly, IT IS HEREBY ORDERED that:

4       1.  The findings and recommendations filed March 17, 2025 are adopted in full;

5       2.  The complaint is dismissed without prejudice for failure to prosecute; and

6       3.  The Clerk of Court is directed to close the case.

7

8       IT IS SO ORDERED.

9  Dated:    **May 30, 2025**

10                                              Hon. Daniel J. Calabretta
                                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2